**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Southern District of New York

File Number 1:26-cv-05572-GBD

Eli Angelino,
*Plaintiff*, )
v. ) Notice of Appeal

The City of New York, et al., )
*Defendant*. )

Notice is hereby given that Eli Angelino, pro se,Plaintiff, , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 3 day of August , 20 26 (Order of Dismissal and Clerk's Judgment),.

/s/
Eli Angelino, Pro Se

Attorney for Pro Se
Address: 99 Wall Street, Ste 157
New York, NY 10005

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

Eli Angelino.

*See Rule 3(c) for permissible ways of identifying appellants

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** NYSD CourtMail
**Subject:** Activity in Case 1:26-cv-05572-GBD Angelino v. City of New York Appeal Fee Due
**Date:** Wednesday, August 5, 2026 10:07:41 AM

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 8/5/2026 at 10:06 AM EDT and filed on 8/5/2026
**Case Name:** Angelino v. City of New York
**Case Number:** 1:26-cv-05572-GBD
**Filer:**
**WARNING: CASE CLOSED on 08/03/2026**
**Document Number:** No document attached

**Docket Text:**
**Appeal Fee Due: for [10] Notice of Appeal. Appeal fee due by 8/19/2026. (tp)**

**1:26-cv-05572-GBD Notice has been electronically mailed to:**

Eli Angelino eliangelino@outlook.com

**1:26-cv-05572-GBD Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF,PRO−SE,SUA−SPONTE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−05572−GBD

Angelino v. City of New York
Assigned to: Judge George B. Daniels
Cause: 42:1983 Civil Rights Act

Date Filed: 06/29/2026
Date Terminated: 08/03/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Eli Angelino**

represented by **Eli Angelino**
99 Wall St. Ste 157
New York, NY 10005
(347) 839−8885
Email: eliangelino@outlook.com
PRO SE

V.

**Defendant**

**City of New York**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2026 | 1 | COMPLAINT against City of New York. Document filed by Eli Angelino.(sj) (Entered: 07/01/2026) |
| 06/29/2026 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Eli Angelino.(sj) (Entered: 07/01/2026) |
| 06/29/2026 | | Case Designated ECF. (sj) (Entered: 07/01/2026) |
| 06/29/2026 | 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Eli Angelino consents to receive electronic service via the ECF system. Document filed by Eli Angelino.(sj) (Entered: 07/01/2026) |
| 07/01/2026 | 4 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Chief Judge Laura Taylor Swain on 3/18/2024) (sj) |

| | | |
|---|---|---|
| | | (Entered: 07/01/2026) |
| 07/01/2026 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(sj) (Entered: 07/01/2026) |
| 07/01/2026 | 5 | AMENDED COMPLAINT amending 1 Complaint against City of New York with JURY DEMAND.Document filed by Eli Angelino. Related document: 1 Complaint. (Attachments: # 1 Exhibit 1)(jw) (Entered: 07/06/2026) |
| 07/01/2026 | 6 | MOTION for Permission for Electronic Case Filing in this case. Document filed by Eli Angelino. (Attachments: # 1 Exhibit 1)(jw) (Entered: 07/06/2026) |
| 07/09/2026 | 7 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 7/9/2026) (tp) (Entered: 07/09/2026) |
| 07/13/2026 | | NOTICE OF CASE REASSIGNMENT − SUA SPONTE to Judge George B. Daniels. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 07/13/2026) |
| 07/28/2026 | 8 | ORDER OF DISMISSAL: Plaintiff's complaint, filed informa pauperis under 28 U.S.C. § 1915(a)(l), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). This Court denies as moot Plaintiff's motion for permission to participate in electronic case filing. The Clerk of Court is directed to terminate the motion pending at ECF No. 6. This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444−45 (1962). This Court directs the Clerk of Court to enter judgment. (Signed by Judge George B. Daniels on 7/28/2026) (rro) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/30/2026) |
| 08/03/2026 | 9 | CLERK'S JUDGMENT re: 8 Order of Dismissal. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated July 28, 2026, Plaintiff's complaint, filed informa pauperis under 28 U.S.C. § 1915(a)(l), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). This Court has denied as moot Plaintiff's motion for permission to participate in electronic case filing. This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444−45 (1962). (Signed by Clerk of Court Tammi M Hellwig on 8/3/2026) (Attachments: # 1 Appeal Package) (km) (Entered: 08/03/2026) |
| 08/04/2026 | 10 | NOTICE OF APPEAL from 9 Clerk's Judgment, 8 Order of Dismissal. Document filed by Eli Angelino. (tp) (Entered: 08/05/2026) |
| 08/05/2026 | | Appeal Fee Due: for 10 Notice of Appeal. Appeal fee due by 8/19/2026. (tp) (Entered: 08/05/2026) |
| 08/05/2026 | | Appeal Remark as to 10 Notice of Appeal filed by Eli Angelino. IFP Denied 07/28/2026. (tp) (Entered: 08/05/2026) |
| 08/05/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 10 Notice of Appeal. (tp) (Entered: 08/05/2026) |
| 08/05/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 10 Notice of Appeal filed by Eli Angelino were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/05/2026) |

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

| | |
|---|---|
| ELI ANGELINO,<br>Petitioner,<br>-against-<br>THE CITY OF NEW YORK, et al.,<br>Respondent(s). | **CERTIFICATE OF SERVICE**<br>Docket No**. (Second Circuit Pending)**<br>Case No. **No. 1:26-cv-05572-GBD** |

**---------------------------------------------------------x**

**CERTIFICATE OF SERVICE**

I, **ELI ANGELINO**, hereby certify under penalty of perjury that on **August 4, 2026**, I served copies of the initial appeal documents (Notice of Appeal, Motion for IFP, Form C, and Form D-P) upon the following parties via Electronic Mail (E-mail):

- **City Counsel (Hannah Sarokin, Corporation Counsel of the City of New York)**

  E-mail: hsarokin@law.nyc.gov

- **Clerk of Court, U.S. Court of Appeals for the Second Circuit**

  E-mail: prosecases@ca2.uscourts.gov

Furthermore, I certify that on **August 5, 2026**, physical copies of the same documents are being served via **U.S. Postal Service (USPS) First-Class Mail**, postage pre-paid, to **Corporation Counsel of the City of New York, 100 Church Street, New York, NY 10007**, and to the appropriate court offices.

Pursuant to Fed. R. App. P. 25, service has been executed electronically and by physical mail to ensure full compliance.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 5, 2026

Respectfully submitted,

/S/ ELI ANGELINO
Eli Angelino
Petitioner Pro Se
99 Wall Street, Ste 157
New York, NY 10005
Tel: 347-839-8885
E-mail: eliangelino@outlook.com

---

| | |
|---|---|
| **Subject:** | [EXTERNAL] INITIAL APPEAL DOCUMENTS & REQUEST FOR ELECTRONIC SERVICE CONSENT - Case No. 1:26-cv-05572-GBD (SDNY) |
| **Date:** | Tuesday, August 4, 2026 at 1:39:42 PM Pacific Daylight Time |
| **From:** | ELI ANGELINO |
| **To:** | Sarokin, Hannah (Law) |
| **Attachments:** | Angelino_1.26-cv-05572_Notice_of_Appeal.pdf, Angelino_1.26-cv-05572_IFP_Affidavit.pdf, Angelino_1.26-cv-05572_Form_DP.pdf, Form_C_Eli_Angelino.pdf |

**Dear Hannah J. Sarokin,**
Please find attached the initial appeal documents (Notice of Appeal, IFP Motion, Form C, and Form D-P) filed in connection with the appeal for case number 1:26-cv-05572-GBD in the U.S. District Court for the Southern District of New York.
In light of our prior electronic service arrangement in Case No. 25-3262, and to ensure efficient communication for this appeal process, I am writing to propose that we continue mutual electronic service via email (eliangelino@outlook.com and hsarokin@law.nyc.gov).
Please reply to this email confirming your consent to serve me and accept service from me via email for this matter.
**Sincerely,**
**Eli Angelino, Pro Se**
99 Wall Street, Ste 157
New York, NY 10005
(347) 839-8885
eliangelino@outlook.com

---

**From:** ELI ANGELINO <eliangelino@outlook.com>
**Date:** Tuesday, August 4, 2026 at 1:27 PM
**To:** prosecases@ca2.uscourts.gov <prosecases@ca2.uscourts.gov>
**Subject:** 1:26-cv-05572-GBD - Eli Angelino v. The City of New York

**Dear Clerk of Court,**

Please find attached my initial appeal documents, Motion for IFP, Form C, and Form D-P for the following case:

- **Case Name:** Eli Angelino v. The City of New York, et al.
- **District Court Docket Number:** 1:26-cv-05572-GBD
- **Appellate Case:** U.S. Court of Appeals for the Second Circuit

Thank you for your assistance.

Sincerely,

**Eli Angelino, Pro Se**

99 Wall Street, Ste 157

New York, NY 10005

(347) 839-8885

eliangelino@outlook.com