# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P) FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| Eli Angelino v. The City of New York, et al. | Southern District of New York | 1:26-cv-05572-GBD |
| | **JUDGE**<br>George B. Daniels | **APPELLANT**<br>Eli Angelino |
| | **COURT REPORTER** | **PRO SE APPELLANT**<br>Eli Angelino |

**Check the applicable provision:**

☑ **I am ordering a transcript.**

☐ **I am not ordering a transcript.**

**Reason for not ordering a transcript:**

☐ **Copy is already available**

☑ **No transcribed proceedings**

☐ **Other (Specify in the space below):**

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

**METHOD OF PAYMENT** ☐ **Funds** ☐ **CJA Voucher (CJA 21)**

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| [signature] | 08/03/2026 |

**COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.**

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

| | |
|---|---|
| ELI ANGELINO,<br>Petitioner,<br>-against-<br>THE CITY OF NEW YORK, et al.,<br>Respondent(s). | **CERTIFICATE OF SERVICE**<br><br>Docket No**. (Second Circuit Pending)**<br>Case No. **No. 1:26-cv-05572-GBD** |

**-----------------------------------------------------------x**

**CERTIFICATE OF SERVICE**

I, **ELI ANGELINO**, hereby certify under penalty of perjury that on **August 4, 2026**, I served copies of the initial appeal documents (Notice of Appeal, Motion for IFP, Form C, and Form D-P) upon the following parties via Electronic Mail (E-mail):

- **City Counsel (Hannah Sarokin, Corporation Counsel of the City of New York)**

  E-mail: hsarokin@law.nyc.gov

- **Clerk of Court, U.S. Court of Appeals for the Second Circuit**

  E-mail: prosecases@ca2.uscourts.gov

Furthermore, I certify that on **August 5, 2026**, physical copies of the same documents are being served via **U.S. Postal Service (USPS) First-Class Mail**, postage pre-paid, to **Corporation Counsel of the City of New York, 100 Church Street, New York, NY 10007**, and to the appropriate court offices.

Pursuant to Fed. R. App. P. 25, service has been executed electronically and by physical mail to ensure full compliance.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 5, 2026

Respectfully submitted,

/S/ ELI ANGELINO
Eli Angelino
Petitioner Pro Se
99 Wall Street, Ste 157
New York, NY 10005
Tel: 347-839-8885
E-mail: eliangelino@outlook.com

**Wednesday, August 5, 2026 at 10:26:24 AM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | [EXTERNAL] INITIAL APPEAL DOCUMENTS & REQUEST FOR ELECTRONIC SERVICE CONSENT - Case No. 1:26-cv-05572-GBD (SDNY) |
| **Date:** | Tuesday, August 4, 2026 at 1:39:42 PM Pacific Daylight Time |
| **From:** | ELI ANGELINO |
| **To:** | Sarokin, Hannah (Law) |
| **Attachments:** | Angelino_1.26-cv-05572_Notice_of_Appeal.pdf, Angelino_1.26-cv-05572_IFP_Affidavit.pdf, Angelino_1.26-cv-05572_Form_DP.pdf, Form_C_Eli_Angelino.pdf |

**Dear Hannah J. Sarokin,**
Please find attached the initial appeal documents (Notice of Appeal, IFP Motion, Form C, and Form D-P) filed in connection with the appeal for case number 1:26-cv-05572-GBD in the U.S. District Court for the Southern District of New York.
In light of our prior electronic service arrangement in Case No. 25-3262, and to ensure efficient communication for this appeal process, I am writing to propose that we continue mutual electronic service via email (eliangelino@outlook.com and hsarokin@law.nyc.gov).
Please reply to this email confirming your consent to serve me and accept service from me via email for this matter.
**Sincerely,**
**Eli Angelino, Pro Se**
99 Wall Street, Ste 157
New York, NY 10005
(347) 839-8885
eliangelino@outlook.com

---

**From:** ELI ANGELINO <eliangelino@outlook.com>
**Date:** Tuesday, August 4, 2026 at 1:27 PM
**To:** prosecases@ca2.uscourts.gov <prosecases@ca2.uscourts.gov>
**Subject:** 1:26-cv-05572-GBD - Eli Angelino v. The City of New York

**Dear Clerk of Court,**

Please find attached my initial appeal documents, Motion for IFP, Form C, and Form D-P for the following case:

- **Case Name:** Eli Angelino v. The City of New York, et al.
- **District Court Docket Number:** 1:26-cv-05572-GBD
- **Appellate Case:** U.S. Court of Appeals for the Second Circuit

Thank you for your assistance.

Sincerely,

**Eli Angelino, Pro Se**

99 Wall Street, Ste 157

New York, NY 10005

(347) 839-8885

eliangelino@outlook.com