# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

1. SEE NOTICE ON REVERSE    2. PLEASE TYPE OR PRINT    3. STAPLE ALL ADDITIONAL PAGES

| | | |
|---|---|---|
| Case Caption: Eli Angelino v. The City of New York, et al. | District Court or Agency: Southern District of New York | Judge: George B. Daniels |
| | Date the Order or Judgment Appealed from was Entered on the Docket: 08/03/2026 | District Court Docket No.: 1:26-cv-05572-GBD |
| | Date the Notice of Appeal was Filed: 08/03/2026 | Is this a Cross Appeal? ☐ Yes ☑ No |

| Attorney(s) for Appellant(s): ☑ Plaintiff ☐ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| | Eli Angelino (Pro se) | 99 Wall Street Ste, 157 New York, NY 10005 | (347) 839-8885 | | eliangelino@outlook.com |

| Attorney(s) for Appellee(s): ☐ Plaintiff ☑ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| | Corporation Counsel of the City of New York | 100 Church Street, New York, NY 10007 | 212-356-0800 | | |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? ☐ Yes ☑ No |
|---|---|---|---|
| No | 0 | 0 | If Yes, provide the following: Case Name: 2d Cir. Docket No.: Reporter Citation: (i.e., F.3d or Fed. App.) |

***ADDENDUM "A"*:** **COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

***ADDENDUM "B"*:** **COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

## PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party ☐ Diversity | ☑ Final Decision ☐ Order Certified by District Judge (i.e., Fed . R. Civ. P. 54(b)) |
| ☑ Federal question (U.S. not a party) ☐ Other (specify): ________ | ☐ Interlocutory Decision Appealable As of Right ☐ Other (specify): ________ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**PART B: DISTRICT COURT DISPOSITION (Check as many as apply)**

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief | |
|---|---|---|---|---|
| [x] Pre-trial | [ ] Default judgment | [ ] Dismissal/other jurisdiction | [x] Damages: | [ ] Injunctions: |
| [ ] During trial | [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris. | [ ] Dismissal/merit | [x] Sought: $ 100,000,000 | [ ] Preliminary |
| [ ] After trial | [x] Dismissal/FRCP 12(b)(6) failure to state a claim | [ ] Judgment / Decision of the Court | [ ] Granted: $ ______ | [ ] Permanent |
| | [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint | [ ] Summary judgment | [x] Denied: $ 100,000,000 | [ ] Denied |
| | [x] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal | [ ] Declaratory judgment | Damages Denied: $100,000,000 | |
| | | [ ] Jury verdict | | |
| | | [ ] Judgment NOV | | |
| | | [ ] Directed verdict | | |
| | | [ ] Other (specify): | | |

**PART C: NATURE OF SUIT (Check as many as apply)**

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| [ ] Antitrust | [ ] Communications | [ ] Freedom of Information Act | [ ] Admiralty/ Maritime | [ ] Admiralty/ Maritime | [ ] Civil Rights |
| [ ] Bankruptcy | [ ] Consumer Protection | [ ] Immigration | [ ] Assault / Defamation | [ ] Arbitration | [ ] Habeas Corpus |
| [ ] Banks/Banking | [ ] Copyright ☐ Patent | [ ] Labor | [ ] FELA | [ ] Commercial | [ ] Mandamus |
| [x] Civil Rights | [ ] Trademark | [ ] OSHA | [ ] Products Liability | [ ] Employment | [ ] Parole |
| [ ] Commerce | [ ] Election | [ ] Securities | [ ] Other (Specify): | [ ] Insurance | [ ] Vacate Sentence |
| [ ] Energy | [ ] Soc. Security | [ ] Tax | | [ ] Negotiable Instruments | [ ] Other |
| [ ] Commodities | [ ] Environmental | | | [ ] Other Specify | |
| [ ] Other (specify): ____________ | | | | | |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| [ ] Hague Int'l Child Custody Conv. | [ ] Arbitration | [x] Yes [ ] No |
| [ ] Forfeiture/Penalty | [ ] Attorney Disqualification | Will appeal raise a matter of first impression? |
| [ ] Real Property | [ ] Class Action | [ ] Yes [x] No |
| [ ] Treaty (specify): ________________ | [ ] Counsel Fees | |
| [ ] Other (specify): ________________ | [ ] Shareholder Derivative | |
| | [ ] Transfer | |

1. Is any matter relative to this appeal still pending below? [ ] Yes, specify: ______________________________ [x] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal? [ ] Yes [x] No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal? [ ] Yes [x] No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Eli Angelino v. The City of New York, et.al. | 1:26-cv-05572-GBD | | Southern District of New York |

Name of Appellant: Eli Angelino (Pro Se)

| Date: 08/03/ 2026 | Signature of Counsel of Record: |
|---|---|

# NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $605 docketing fee to the United States District Court or the $600 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

| | |
|---|---|
| ELI ANGELINO,<br>Petitioner,<br>-against-<br>THE CITY OF NEW YORK, et al.,<br>Respondent(s). | **CERTIFICATE OF SERVICE**<br><br>Docket No**. (Second Circuit Pending)**<br>Case No. **No. 1:26-cv-05572-GBD** |

**-----------------------------------------------------------x**

**<u>CERTIFICATE OF SERVICE</u>**

I, **ELI ANGELINO**, hereby certify under penalty of perjury that on **August 4, 2026**, I served copies of the initial appeal documents (Notice of Appeal, Motion for IFP, Form C, and Form D-P) upon the following parties via Electronic Mail (E-mail):

- **City Counsel (Hannah Sarokin, Corporation Counsel of the City of New York)**

  E-mail: hsarokin@law.nyc.gov

- **Clerk of Court, U.S. Court of Appeals for the Second Circuit**

  E-mail: prosecases@ca2.uscourts.gov

Furthermore, I certify that on **August 5, 2026**, physical copies of the same documents are being served via **U.S. Postal Service (USPS) First-Class Mail**, postage pre-paid, to **Corporation Counsel of the City of New York, 100 Church Street, New York, NY 10007**, and to the appropriate court offices.

Pursuant to Fed. R. App. P. 25, service has been executed electronically and by physical mail to ensure full compliance.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 5, 2026

Respectfully submitted,

/S/ ELI ANGELINO
Eli Angelino
Petitioner Pro Se
99 Wall Street, Ste 157
New York, NY 10005
Tel: 347-839-8885
E-mail: eliangelino@outlook.com

**Wednesday, August 5, 2026 at 10:26:24 AM Pacific Daylight Time**

---

| | |
|---|---|
| **Subject:** | [EXTERNAL] INITIAL APPEAL DOCUMENTS & REQUEST FOR ELECTRONIC SERVICE CONSENT - Case No. 1:26-cv-05572-GBD (SDNY) |
| **Date:** | Tuesday, August 4, 2026 at 1:39:42 PM Pacific Daylight Time |
| **From:** | ELI ANGELINO |
| **To:** | Sarokin, Hannah (Law) |
| **Attachments:** | Angelino_1.26-cv-05572_Notice_of_Appeal.pdf, Angelino_1.26-cv-05572_IFP_Affidavit.pdf, Angelino_1.26-cv-05572_Form_DP.pdf, Form_C_Eli_Angelino.pdf |

**Dear Hannah J. Sarokin,**

Please find attached the initial appeal documents (Notice of Appeal, IFP Motion, Form C, and Form D-P) filed in connection with the appeal for case number 1:26-cv-05572-GBD in the U.S. District Court for the Southern District of New York.

In light of our prior electronic service arrangement in Case No. 25-3262, and to ensure efficient communication for this appeal process, I am writing to propose that we continue mutual electronic service via email (eliangelino@outlook.com and hsarokin@law.nyc.gov).

Please reply to this email confirming your consent to serve me and accept service from me via email for this matter.

**Sincerely,**

**Eli Angelino, Pro Se**
99 Wall Street, Ste 157
New York, NY 10005
(347) 839-8885
eliangelino@outlook.com

---

**From:** ELI ANGELINO <eliangelino@outlook.com>
**Date:** Tuesday, August 4, 2026 at 1:27 PM
**To:** prosecases@ca2.uscourts.gov <prosecases@ca2.uscourts.gov>
**Subject:** 1:26-cv-05572-GBD - Eli Angelino v. The City of New York

**Dear Clerk of Court,**

Please find attached my initial appeal documents, Motion for IFP, Form C, and Form D-P for the following case:

- **Case Name:** Eli Angelino v. The City of New York, et al.
- **District Court Docket Number:** 1:26-cv-05572-GBD
- **Appellate Case:** U.S. Court of Appeals for the Second Circuit

Thank you for your assistance.

Sincerely,

**Eli Angelino, Pro Se**

99 Wall Street, Ste 157

New York, NY 10005

(347) 839-8885

eliangelino@outlook.com